No. 11–1339. LOVAAS v. MONTANA ET AL. Sup. Ct. Mont. Certiorari denied.

No. 11–1340. BEY ET AL. v. CITY OF NEW YORK, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–1341. BOSCH v. CERTAIN UNDERWRITERS AT LLOYD'S LONDON. C. A. 5th Cir. Certiorari denied.

No. 11–1357. SHARP v. JOHNSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–1380. WILLIAMS ET UX. v. JP MORGAN MORTGAGE ACQUISITION CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–1387. MR. S. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–1394. BALLAN v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 11–7501. SMITH v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 11–8101. CARTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–8733. TRUJILLO v. TALLY ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8966. REBOLLO-ANDINO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–9013. BROWN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–9023. SAGHIR v. GRIEVANCE COMMITTEE FOR THE 2D, 11TH, AND 13TH JUDICIAL DISTRICTS. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 11–9125. HUTCHISON v. COLSON, WARDEN. C. A. 6th Cir. Certiorari denied.